PROB 22
(Rev. 01/24)

**TRANSFER OF JURISDICTION**

✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON

SEPT 04 2026

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY: AMMi DEPUTY

| | | |
|---|---|---|
| DOCKET NUMBER *(Transferring Court)* | CR-23-01624-001-TUC-JGZ (LCK) | |
| DOCKET NUMBER *(Receiving Court)* | 2:26-cr-00191-RFB-EJY-1 | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Cailub Rnell Melvin Sanders | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE<br>The Honorable Jennifer G. Zipps<br>Chief U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 08/10/2026 — TO 8/9/2029 |

OFFENSE
Violating Title 8, U.S.C. §§1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i), Conspiracy to Transport Illegal Aliens for Profit, a Class C Felony offense, as charged in Count 1 of the Indictment.

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Sanders was born in Nevada and resided there prior to his instant offense. He has a strong support system and familial ties in Nevada and plans to reside there for the duration of his supervised release. It is respectfully requested that a transfer of jurisdiction be initiated to the District of Nevada in order to address any violation conduct with an appropriate sanction.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Cailub Rnell Melvin Sanders, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

8/13/2026
Date

Jennifer Zipps
The Honorable Jennifer G. Zipps
Chief U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/9/2026
Effective Date

United States District Judge

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Cailub Rnell Melvin Sanders

Case No.: TO BE DETERMINED

ACCEPTANCE OF TRANSFER OF JURISDICTION

August 14, 2026

TO: The Honorable
United States District Judge, District of Nevada.

On April 30, 2024, Sanders was sentenced in the District of Arizona to thirteen months and one day of custody, followed by 36 months of supervised release for committing the offense of Conspiracy to Transport Illegal Aliens for Profit. Supervised release commenced in the District of Nevada on August 11, 2026.

Sanders was born in Nevada and resided here prior to his instant offense. He has a strong support system and familial ties in Nevada and plans to reside here for the duration of his supervised release. It is respectfully requested that transfer of jurisdiction be accepted in the District of Nevada. The District of Arizona is in agreement with the transfer of jurisdiction as witnessed on the attached prob 22.

Should you have any questions, the undersigned officer can be reached at 702-271-6309.

Respectfully submitted,

Digitally signed by Brianna King
Date: 2026.09.04 11:04:49 -07'00'

Brianna King
United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2026.08.14 12:21:38 -07'00'

Steve M Goldner
Supervisory United States Probation Officer